**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2068**

FAVIO SECUNDINO VASQUEZ-PEREZ,

            Petitioner,

      v.

ERIC H. HOLDER, JR., Attorney General of the United States,

            Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: May 20, 2014            Decided: May 29, 2014

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Jaime Jasso, LAW OFFICES OF JAIME JASSO, Westlake Village, California, for Petitioner. Stuart F. Delery, Assistant Attorney General, Jennifer P. Levings, Julia J. Tyler, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Favio Secundino Vasquez-Perez, a native and citizen of Guatemala, petitions for review of an order of the Board of Immigration Appeals (Board) affirming the Immigration Judge's decision denying his motion for a continuance and pretermitting his application for cancellation of removal. We have reviewed the administrative record and Vasquez-Perez's contentions on appeal and conclude that his contentions are without merit. Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Vasquez-Perez, (B.I.A. Aug. 14, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED